UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN GRIFFIN,<br><br>                            Plaintiff,<br><br>              -against-<br><br>CHARLES CARNES, TOWN OF CRAWFORD SUPERVISOR,<br><br>                           Defendant. | 21-CV-11111 (LTS)<br><br>CIVIL JUDGMENT |

      Pursuant to the orders issued February 22, 2022, and May 2, 2022, dismissing the complaint,

      IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. *See* 28 U.S.C. § 1915(g). Plaintiff is barred from filing any civil action under the *in forma pauperis* statute while a prisoner unless he is under imminent danger of serious physical injury. *Id*.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  May 2, 2022
            New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                            Chief United States District Judge